

**NACOGDOCHES COUNTY**
District Clerk
Loretta Cammack

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/28/2015 2:25:44 PM
CATHY S. LUSK
Clerk

August 28, 2015


Honorable Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 W. Front St., Ste 354
Tyler, Texas   75702


In Re:  Case Number: F1219309 Melanie Rose Arnold

Dear Ms. Lusk,

Please find enclosed the Mandate in the above numbered and styled case.
Thank you for your time and courtesies.


Yours Very Truly,


Loretta Cammack
District Clerk
Nacogdoches County, Texas


*Laurie Phillips*
By: Laurie Phillips  Deputy District Clerk


101 West Main Street, Room 120
Nacogdoches, TX  75961
(936) 560-7730 ▪ (936) 560-7839 Fax
lcammack@co.nacogdoches.tx.us

# THE STATE OF TEXAS
# MANDATE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO THE 145TH DISTRICT COURT OF NACOGDOCHES COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 24th day of June, 2015, the cause upon appeal to revise or reverse your judgment between

### MELANIE ROSE ARNOLD, Appellant

### NO. 12-14-00270-CR; Trial Court No. F1219309

By *per curiam* opinion.

### THE STATE OF TEXAS, Appellee

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 24th day of August, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY



**TWELFTH COURT OF APPEALS**

FILED
NACOGDOCHES      CLERK
CATHY S. LUSK

15 AUG 26   AM 10  CHIEF STAFF ATTORNEY
MARGARET HUSSEY

DISTRICT CLERK

August 24, 2015

Ms. Loretta Cammack
District Clerk
101 West Main Street
Room 120
Nacogdoches, TX 75961
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:                12-14-00270-CR
          Trial Court Case Number:    F1219309

**Style:**   Melanie Rose Arnold
             v.
             The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
       Katrina McClenny, Chief Deputy Clerk


C  Ms. Nicole D. Lostracco (DELIVERED VIA E-MAIL)
C  Ms. Georgia B. Kimmey (DELIVERED VIA E-MAIL)
:  Melanie Rose Arnold

Mandate executed on _28th_ day of _August_, 2015.

Brief explanation of action taken: _Melanie Arnold remains incarcerated_.

_____Laurie Phillips_____   _Deputy_ District/County Clerk